**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

Freestyle Brands, LLC., d/b/a Freestyleusa.com.

            Defendant.

Case No. 2:20-cv-5388

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            May 20, 2021

            Respectfully submitted,

            By: /s/Jonathan Shalom
            Jonathan Shalom, Esq.
            SHALOM LAW, PLLC.
            Phone: (718) 971-9474
            Email: Jonathan@ShalomlawNY.com

            *Attorneys for Plaintiff*